**W. C. HILL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1941.

Donald C. McGovern, of Washington, D. C., for petitioner.

J. P. Wenchel, of Washington, D. C., for respondent.

PER CURIAM.

It is hereby ordered, upon joint motion duly presented by petitioner and respondent, that the petition for review in the above-entitled case filed with the Board of Tax Appeals on April 22, 1940, be and it is hereby dismissed, the costs to be charged as constructive earnings.

**Otto J. LEHRACK, Appellant, v. Ernest L. CRAIG.**

**No. 11909.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 6, 1941.

Charles M. Miller, of Kansas City, Mo., for appellant.

Clay C. Rogers, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs, on motion of appellant.

**Bennie LINDSAY v. UNITED STATES of America.**

**No. 2254.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 31, 1941.

Frank Hickman, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant and per stipulation of counsel.

**Carrie LINDSAY v. UNITED STATES of America.**

**No. 2253.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 31, 1941.

Frank Hickman, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant and per stipulation of counsel.

**Helen Hill MACPHERSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1941.

Donald C. McGovern, of Washington, D. C., for petitioner.

J. P. Wenchel, of Washington, D. C., for respondent.

PER CURIAM.

It is hereby ordered, upon joint motion duly presented by petitioner and respondent, that the petition for review in the above-entitled case filed with the Board of

Tax Appeals on April 22, 1940, be and it is hereby dismissed, the costs to be charged as constructive earnings.

■

The **MICHIGAN STOVE COMPANY, Appellant, v. Fred L. WOODWORTH, Collector, etc., Appellee.**

No. 8439.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1941.

Earle W. Wallick, of Washington, D. C., for appellant.

John C. Lehr, U. S. Atty., and J. Thomas Smith, both of Detroit, Mich., and William B. Waldo, of Washington, D. C., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record, briefs, and oral arguments of counsel. Upon consideration whereof, it is ordered and adjudged that the judgment appealed from be and it hereby is affirmed upon the grounds and for the reasons stated in the opinion, findings of fact and conclusions of law of the District Court.

■

Harry **NASSON, Appellant, v. UNITED STATES of America, Appellee.**

No. 8893.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1941.

Harry Nasson, in pro. per.

Vern H. Wilson, Asst. U. S. Atty., of Cincinnati, Ohio, for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Upon motion of the United States attorney, and it appearing to the court that the appeal herein was not filed within the time prescribed by the rules of practice and procedure in criminal cases, it is now ordered that the appeal be and the same is hereby docketed and dismissed.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. The CUDAHY PACKING COMPANY.**

No. 508.

Circuit Court of Appeals, Eighth Circuit.

Jan. 8, 1941.

Robert B. Watts, Gen. Counsel, of Washington, D. C., National Labor Relations Board, for petitioner.

Thomas Creigh, of Chicago, Ill., E. S. Stringer, of St. Paul, Minn., and P. C. Reynolds, of Minneapolis, Minn., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and ordered to take certain affirmative action, on petition for enforcement and stipulation of parties.

■

**SECURITY–FIRST NATIONAL BANK OF LOS ANGELES, Appellant and Appellee, v. John A. JORGENSON, Appellee and Appellant.**

No. 9716.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1941.

Raymond R. Hails and John A. Jorgenson, both of Los Angeles, Cal., for appellee and appellant Jorgenson.

Thorpe & Bridges and Roane Thorpe, all of Los Angeles, Cal., for appellant and appellee Security First Nat. Bank.